IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY P. DIZON,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO, N.A.,<br><br>    Defendant. | ) Case No. 12-4623-SC<br>)<br>) ORDER ADOPTING<br>) RECOMMENDATION, DISMISSING<br>) COMPLAINT, AND REFERRING<br>) DISCIPLINARY MATTER TO<br>) <u>MAGISTRATE JUDGE</u><br>)<br>)<br>) |

Now pending before the undersigned is Magistrate Judge Nathanael Cousins's Recommendation to dismiss the Complaint of Plaintiff Jerry P. Dizon ("Plaintiff"). ECF No. 13 ("Rec."). Judge Cousins issued his Recommendation on November 26, 2012, and thus the time for objections to the Recommendation lapsed on December 10, 2012. <u>Id.</u> at 9; Fed. R. Civ. P. 72(b); Civ. L.R. 72-3. Further, when Judge Cousins issued the Recommendation, he expressed concern over the lack of diligence evinced by Plaintiff's counsel, Mandip Purewal of the National Consumer Law Group, and ordered Mr. Purewal to "provide a copy of this Order to [Plaintiff] and e-file a declaration stating that he has complied with this Order." Rec. at 8. The December 10 deadline has passed and the Court has received neither an objection to the Recommendation nor the required declaration of compliance.

The Court turns first to the Recommendation of dismissal. Having reviewed Judge Cousins's Recommendation and found it to be thorough, well-reasoned, and correct, the Court ADOPTS the Recommendation as its Order. Defendant Wells Fargo, N.A.'s request for judicial notice and its unopposed motion to dismiss are both GRANTED. ECF Nos. 6, 7. Plaintiff's claims are DISMISSED as follows:

- Claim 1 (breach of contract) is DISMISSED WITH LEAVE TO AMEND.
- Claim 2 (fraud) is DISMISSED WITH LEAVE TO AMEND.
- Claim 3 (negligence) is DISMISSED WITH PREJUDICE.
- Claim 4 (intentional tort) is DISMISSED WITH PREJUDICE.
- Claim 5 (failure to modify loan under the California Foreclosure Prevention Act) is DISMISSED WITH PREJUDICE.
- Claim 6 (declaratory and injunctive relief) is DISMISSED WITH PREJUDICE.

Plaintiff has LEAVE to file an amended complaint, consistent with this Order and the guidance contained in Judge Cousins's Recommendation, within thirty (30) days of the signature date of this Order. Failure to do so will result in final dismissal of this case.

Turning to the lack of diligence displayed by Mr. Purewal, the undersigned shares Judge Cousins's concerns. The Court recently dismissed another mortgage foreclosure case brought, but neglected, by Mr. Purewal. See Barrientos v. CitiMortgage, Inc., 12-4653-SC, 2012 WL 5914514 (N.D. Cal. Nov. 26, 2012). The Court REFERS to Judge Cousins the issue of whether to sanction or otherwise discipline Mr. Purewal for noncompliance with the Order requiring

Mr. Purewal to provide a copy of the Recommendation to his client and to e-file a declaration of compliance on or before December 10, 2012. 28 U.S.C. § 636(b); Civ. L.R. 72-1; see also Civ. L.R. 11-6(a).

IT IS SO ORDERED.

Dated: December 11, 2012 
UNITED STATES DISTRICT JUDGE