UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DIZON,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO,<br><br>    Defendant. | Case No. 12-cv-04623 SC (NC)<br><br>**ORDER TO SHOW CAUSE RE: PAYMENT OF SANCTION AND REFERRAL TO STANDING COMMITTEE**<br><br>Re: ECF 22 |

    On March 12, 2013, this Court at ECF 22 ordered attorney Mandip S. Purewal (Cal. SBN #202444) to pay a $1,000 sanction to the Clerk of Court by March 26, 2013. According to Court records, attorney Purewal did not pay the sanction. Given the long passage of time, and the possibility of administrative error or excusable neglect, this order reminds Purewal of his obligation to pay the sanction. He must respond to this order by September 9, 2019, providing evidence that he paid the sanction.

    The Court at ECF 22 also referred Purewal to the Northern District of California's Standing Committee on Professional Conduct for further investigation and any disciplinary action the Committee deems to be warranted. According to the Clerk's office, this referral was never received by the Committee. The Court intends to re-refer Purewal to the Committee after receiving his response to this order. The Clerk of Court is requested to serve this order on attorney Purewal.

    **IT IS SO ORDERED.**

Dated: August 26, 2019

                                                                    _____
                                                                      NATHANAEL M. COUSINS
                                                                      United States Magistrate Judge